IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17CR376 - 1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| Sandra Rivera-Manzo | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Emily A. Weiss, as a Criminal Justice Act Training Panel Member, to assist in the defense of Sandra Rivera-Manzo.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Emily A. Weiss is hereby assigned to assist AFPD Julie B. Hansen in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Emily A. Weiss shall not be eligible to receive compensation for her services in this case.

AFPD Julie B. Hansen shall continue to be primary counsel on behalf of the Defendant, Sandra Rivera-Manzo.

Dated this 18th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
U.S. Magistrate Judge