# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CR376 |
| vs. | ) | |
| SANDRA RIVERA-MANZO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Joint Motion to Continue Trial [56]. Government counsel needs additional time to prepare for another previously scheduled trial and will out of town for training the week of February 5, 2019. Defense counsel needs additional time to conduct an investigation and have discussions with his client. For good cause shown,

**IT IS ORDERED** that the Joint Motion to Continue Trial [56] is granted, as follows:

1. The jury trial now set for January 28, 2019, is continued to **March 18, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 18, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** January 8, 2019.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**